IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NATASHA KING, on behalf of**
**minor MH**                                                                                    **PLAINTIFF**

v.                          No. 3:25-cv-60-DPM

**ANDREW WYLES, in his individual and**
**official capacity as Chief of Police for the**
**City of Gosnell; STEVEN MILLIGAN, in**
**his individual and official capacity as**
**Principal of Gosnell School District; and**
**GOSNELL SCHOOL DISTRICT**                                           **DEFENDANTS**

## ORDER

King moves for more time to serve Milligan, up to 1 June 2025. That motion, *Doc. 8*, is denied without prejudice as moot. This case was removed from the Mississippi County Circuit Court on 25 March 2025. Under Federal Rule of Civil Procedure 4(m), the 90-day service period "runs from the date of removal, not the date the plaintiff filed the petition in state court." *Taylor v. Clark Equipment Co.*, 2022 WL 1640372, at *6 (E.D. Mo. 24 May 2022) (collecting cases); *see also* 4B Charles Alan Wright, Arthur R. Miller & Adam N. Steinman, *Federal Practice and Procedure* § 1137 (4th ed. 2015) (same); 28 U.S.C. § 1448. King therefore has until 23 June 2025 to obtain good service on Milligan. No extension is needed.

-2-

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

<u>21 April 2025</u>